**JEFFREY K. STARNES**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 3447
Great Falls, MT 59403
119 First Ave. N., Suite 300
Great Falls, MT  59401
Phone:   (406) 761-7715
Fax:       (406) 453-9973
E-mail:   jeff.starnes@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**

JUL 24 2017

Clerk, U S District Court
District Of Montana
Billings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-89-BLG-SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | DEPRIVATION OF RIGHTS UNDER COLOR OF LAW (Count I)<br>Title 18 U.S.C. § 242<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |
| DANA MICHAEL BULLCOMING, | |
| Defendant. | FALSE STATEMENT TO A FEDERAL OFFICER  (Counts II-III)<br>Title 18 U.S.C. § 1001<br>(Penalty: Eight years imprisonment, $250,000 fine, and three years supervised release) |

THE GRAND JURY CHARGES:

## COUNT I

That on or about October 31, 2015, at or near Lame Deer, in the State and District of Montana, the defendant, DANA MICHAEL BULLCOMING, then a law enforcement officer for the Bureau of Indian Affairs, while acting under color of law, did willfully deprive L.B., of a right secured and protected by the Constitution and laws of the United States; that is, the right not to be deprived of liberty without due process of law, which includes the right to bodily integrity; specifically, the defendant, DANA MICHAEL BULLCOMING, coerced L.B. into engaging in sexual intercourse with him under threat of arrest if she refused, and such coerced sexual activity resulted in bodily injury to L.B., in violation of 18 U.S.C. § 242.

## COUNT II

That on or about February 11, 2016, at or near Lame Deer, in the State and District of Montana, the defendant, DANA MICHAEL BULLCOMING, willfully and knowingly made a materially false, fictitious, and fraudulent statement in a matter within the jurisdiction of a department and agency of the United States, by stating to FBI Special Agent Eric Clemensen and FBI Special Agent John Teeling that he, DANA MICHAEL BULLCOMING, "did not have any contact with L.B. on October 31, 2015," or words to that effect, which statement was false because,

2

as DANA MICHAEL BULLCOMING, then and there knew, on October 31, 2015, and he did have contact with L.B., in violation of 18 U.S.C. § 1001.

COUNT III

That on or about February 11, 2016, at or near Lame Deer, in the State and District of Montana, the defendant, DANA MICHAEL BULLCOMING, willfully and knowingly made a materially false, fictitious, and fraudulent statement in a matter within the jurisdiction of a department and agency of the United States by stating to FBI Special Agent Eric Clemensen and FBI Special Agent John Teeling that he, DANA MICHAEL BULLCOMING, "had never in his life had sexual relations with L.B.," or words to that effect, which statement was false because, as DANA MICHAEL BULLCOMING, then and there knew, on October 31, 2015, he engaged in sexual relations with L.B., in violation of 18 U.S.C. § 1001.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
LEIF M. JOHNSON
Acting United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _X_____
Warrant: _____
Bail: _none_____

Summons
8/29/2017 @ 9:00am
Billings, TJC

3